USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Estela B. Cortes,

                Plaintiff,

–v–

John Doe Corp., *et al.*,

                Defendants.

19-cv-9434 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the parties' failure to respond to the Court's April 17, 2020 order, the initial pre-trial conference is hereby adjourned *sine die*. Within one week of the date of this order, the parties should advise the Court whether they request an initial pre-trial conference and whether the Court may enter the proposed case management plan without a conference as set out in the Court's April 17, 2020 order.

    SO ORDERED.

Dated: April 20, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1