UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ESTELA B CORTES, individually and on
behalf of others similarly situated,

              Plaintiff,

    -against-

JOHN DOE CORP. (D/B/A TACO'S
PUEBLA RESTAURANT), TACO REY
CORP. (D/B/A TACO REY), CENTENARIO
BAR RESTAURANT CORP. (D/B/A
CENTENARIO BAR RESTAURANT),
FRANCISCO H. MEDINA CASTELAN , and
CLAUDIA GARCIA ,

             Defendants
-----------------------------------------------------------X

Case 1:19-cv-09434-AJN

**JUDGMENT**

      On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff ESTELA B CORTES, have judgment against Defendants JOHN DOE CORP. (D/B/A TACO'S PUEBLA RESTAURANT), TACO REY CORP. (D/B/A TACO REY), CENTENARIO BAR RESTAURANT CORP. (D/B/A CENTENARIO BAR RESTAURANT), FRANCISCO H. MEDINA CASTELAN, and CLAUDIA GARCIA (collectively "Defendants"), jointly and severally, in the amount of $123,068.84, One Hundred Twenty-Three Thousand and Sixty-Eight Dollars with Eighty-Four Cents), which is inclusive of interest, attorneys' fees and costs.
.

Dated: _____, 20___   SO ORDERED,

                                                                  _____